STEVEN M. BURRIS, ESQ.
Nevada Bar No. 000603
sb@steveburrislaw.com
SAMUEL B. BENHAM, ESQ.
Nevada Bar Number 003677
samb@steveburrislaw.com
LAW OFFICES OF STEVEN M. BURRIS
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE E. KIRKHORN, an individual, and KATHLEEN KIRKHORN, an individual, | Case No.: 2:13-cv-02146-JCM-GWF |
| Plaintiffs, | |
| vs. | **JOINT INTERIM STATUS REPORT** |
| SVARGA, LLC, a Nevada limited liability company, d/b/a BAILEY'S HOT SPRINGS & RV PARK; DOES I through X, inclusive, | |
| Defendants. | |

Plaintiffs BRUCE E. KIRKHORN and KATHLEEN KIRKHORN, by and through their counsel of record, the LAW OFFICES OF STEVEN M. BURRIS, and Defendant SVARGA, LLC, by and through its counsel of record, ZIMMERMAN LAW FIRM, hereby submit to this Court the Joint Interim Status Report in accordance with Local Rule 26-3 and pursuant to the Stipulation and Order Amending the Scheduling Order (#43) filed January 28, 2015.

I.

## TIME ESTIMATED FOR TRIAL

The parties estimate that the Trial of this matter will take five (5) to six (6) days.

II.

## PROPOSED DATES FOR TRIAL

The parties hereby propose the following dates for the Trial of this matter: February 15, 2016; March 14, 2016; and, April 11, 2016.

Page 1 of 2

*Law Offices Of*
**STEVEN M. BURRIS**
*A Limited Liability Corporation*
2810 W. Charleston Boulevard
Suite F-58
Las Vegas, Nevada 89102

## III.

## SUBSTANTIVE MOTIONS

None.

DATED this ____ day of March, 2015.

LAW OFFICE OF STEVEN M. BURRIS

By: _____

Steven M. Burris, Esq.
Nevada State Bar No. 000603
sb@steveburrislaw.com
Samuel B. Benham, Esq.
Nevada Bar No. 003677
samb@steveburrislaw.com
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

DATED this _18th_ day of March, 2015.

ZIMMERMAN LAW FIRM

By: _____

Brian F. Zimmerman, Esq.
Nevada State Bar No. 007570
Renee M. Maxfield, Esq.
Nevada State Bar No. 012814
7670 W. Lake Mead Blvd., Suite 140
Las Vegas, Nevada 89128
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **JOINT INTERIM STATUS REPORT** was filed electronically via the United States District Court for the District of Nevada via the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

DATED this ____ day of March, 2015.

LAW OFFICE OF STEVEN M. BURRIS

By: _____

Steven M. Burris, Esq.
Nevada State Bar No. 000603
sb@steveburrislaw.com
Samuel B. Benham, Esq.
Nevada Bar No. 003677
samb@steveburrislaw.com
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
*Attorney for Plaintiffs*