BRIAN F. ZIMMERMAN, ESQ.
Nevada Bar No. 7570
JONATHON C. ROBERTS, ESQ.
Nevada Bar No. 13573
**ZIMMERMAN LAW FIRM, P.C.**
A Professional Corporation
7670 W. Lake Mead Boulevard
Suite 140
Las Vegas, Nevada 89128
(702) 228-8916 Telephone
(702) 228-8917 Facsimile
bzimmerman@za-law.com
jroberts@za-law.com

*Attorneys for Defendant Svarga, LLC dba Bailey's Hot Springs & RV Park*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BRUCE E. KIRKHORN, an individual, and KATHLEEN KIRKHORN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SVARGA, LLC, a Nevada limited liability company, d/b/a BAILEY'S HOT SPRINGS & RV PARK; DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-02146-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, PLAINTIFFS BRUCE E. KIRKHORN AND KATHLEEN KIRKHORN by and through their counsel of record Law Offices of Steven M. Burris and DEFENDANT SVARGA, LLC d/b/a BAILEY'S HOT SPRINGS & RV PARK by and through its counsel of record Zimmerman Law Firm, P.C., that the above-entitled case is hereby dismissed with prejudice, and each party to bear

1

1 | its own costs and attorney fees. This Stipulation is entered in good faith, in the interests of
2 | judicial economy, and not for purposes of delay.
3
4 | Dated this ___21___ day of November, 2016.      Dated this ___30th___ day of November, 2016.
5 | LAW OFFICES OF STEVEN M. BURRIS           ZIMMERMAN LAW FIRM, P.C.
6 | _____                  _____
   | Steven M. Burris, Esq.                     Brian F. Zimmerman, Esq.
7 | Samuel Benham, Esq.                         Jonathon C. Roberts, Esq.
   | 2810 W. Charleston Boulevard, Suite F-58    7670 W. Lake Mead Blvd., Suite 140
8 | Las Vegas, Nevada 89102                     Las Vegas, Nevada 89128
   | Attorney for Plaintiffs                    Attorneys for Defendant Svarga, LLC
9 |                                             d/b/a Bailey's Hot Springs & RV Park
10
11 |                                             IT IS SO ORDERED:
12
13 | DATED: December 5, 2016.
14
15 |                                             _____
16 |                                             UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___1___ day __December__, 2016, I served a true and correct copy of the foregoing document entitled **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE ORDER** was filed electronically via the United States District Court for the District of Nevada via the Court's electronic filing system and served via facsimile and electronic service to the following persons:

Steven M. Burris, Esq.
Samuel Benham, Esq.
Law Offices of Steven M. Burris
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, NV 89102
702-258-6238; Facsimile 702-258-8280
Attorney for Plaintiff Bruce E. Kirkhorn

_/s/ Janet Kerry_
An employee of
ZIMMERMAN LAW FIRM, P.C.